Matter of Dill v Edwin B. (2025 NY Slip Op 03919)

Matter of Dill v Edwin B.

2025 NY Slip Op 03919

Decided on June 27, 2025

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on June 27, 2025
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Fourth Judicial Department

PRESENT: CURRAN, J.P., BANNISTER, SMITH, DELCONTE, AND HANNAH, JJ.

475 CA 24-00965

[*1]IN THE MATTER OF DANIELLE DILL, PSY.D., EXECUTIVE DIRECTOR OF CENTRAL NEW YORK PSYCHIATRIC CENTER, PETITIONER-RESPONDENT,
v
EDWIN B., RESPONDENT-APPELLANT. 

TODD G. MONAHAN, LITTLE FALLS, FOR RESPONDENT-APPELLANT.
LETITIA JAMES, ATTORNEY GENERAL, ALBANY (RACHEL RAIMONDI OF COUNSEL), FOR PETITIONER-RESPONDENT.

 Appeal from an order of the Supreme Court, Oneida County (Charles C. Merrell, J.), entered June 5, 2024, in a proceeding pursuant to Mental Hygiene Law § 33.03. The order, inter alia, authorized petitioner to administer medication to respondent over his objection. 
It is hereby ORDERED that said appeal is unanimously dismissed without costs.
Memorandum: Respondent appeals from an order granting petitioner's application for authorization to administer medication to respondent over his objection. The order has since expired, rendering this appeal moot (see Matter of Blossom V. [Reddy], 230 AD3d 1552, 1552-1553 [4th Dept 2024]; Matter of Upstate Univ. Hosp. v Bryant W., 224 AD3d 1340, 1341 [4th Dept 2024]), and this case does not fall within the exception to the mootness doctrine (see Matter of McGrath, 245 AD2d 1081, 1082 [4th Dept 1997]; see generally Matter of Hearst Corp. v Clyne, 50 NY2d 707, 714-715 [1980]).
Entered: June 27, 2025
Ann Dillon Flynn
Clerk of the Court